IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCES J. ROUDEBUSH,

    Plaintiff,                          No. CIV S-08-1653 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,       ORDER

    Defendant.
_____/

        The parties have filed a stipulation to extend plaintiff's time to file her motion for summary judgment up to and including Friday October 3, 2008. The stipulation does not incorporate, and was not accompanied by, a proposed order.

        Pursuant to Local Rule 6-144(a), filing dates set by order of the court may not be extended without approval of the court. When a stipulation must be approved by the court, the parties are required to submit a proposed order. See Local Rule 83-143(b). The proposed order must be submitted to the court both electronically via ECF and by e-mail in word processing format to the judge's email box listed on the court's web site. See Local Rule 5-137(b).

        It does not appear that the requested extension of time is necessary. Pursuant to the court's Scheduling Order filed July 18, 2008, plaintiff is required to file her motion for summary judgment and/or remand "within 45 days from being served with a copy of the

1

administrative record." (Scheduling Order (Doc. No. 2) at 2.) This court's docket reflects that defendant served a copy of the administrative record on plaintiff's counsel on September 15, 2008.[1] (Certificate of Service (Doc. No. 6).) Service of the administrative record on September 15, 2008 triggered the running of plaintiff's time to file her motion. Therefore, an extension of time to October 3, 2008 is unnecessary.

IT IS HEREBY ORDERED that the parties' stipulation filed September 23, 2008 will be disregarded and the proposed extension of time is denied as unnecessary.

DATED: September 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/roudebush1653.eot.ord

---

[1] A notice of filing administrative record was filed in the Nevada district court on June 16, 2008. The attached certificate of service shows that the notice was served on plaintiff, but there is no indication that a copy of the administrative record was served on plaintiff at that time or at any other time prior to September 15, 2008.

2