1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANCES J. ROUDEBUSH,

11          Plaintiff,                    No. CIV S-08-1653 DAD

12      v.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,    ORDER
14
            Defendant.
15   _____/

16          On July 18, 2008, the court issued a scheduling order and an order re consent or
17   request for reassignment. The orders were accompanied by a form titled "Consent to Assignment
18   or Request for Reassignment," which allows a party to consent to proceed before a United States
19   Magistrate Judge, or request reassignment of the case to a United States District Judge. Pursuant
20   to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for
21   Reassignment," all parties were required to execute the form and return it to the Clerk of the
22   Court within ninety days after the order was issued. The orders and forms were served on all
23   parties to the action. The 90-day period has now expired and neither party has returned the
24   necessary form to the court.
25          Accordingly, IT IS HEREBY ORDERED that each party shall show cause in
26   writing within ten days why the necessary document has not been filed with the court. The filing

1

by each party of an executed "Consent to Assignment or Request for Reassignment" form will be deemed compliance with this order.

DATED: November 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/roudebush1653.osc.form