1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
4 |
  |     333 Market Street, Suite 1500
5 |     San Francisco, CA 94105
      Telephone: (415) 977-8943
6 |     Fax: (415) 744-0134

7 | Attorneys for Defendant

8 |             IN THE UNITED STATES DISTRICT COURT

9 |           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |                 SACRAMENTO DIVISION

11 | FRANCES J. ROUDEBUSH,          ) Case No. 08-CV-01653 - DAD
                                   )
12 |           Plaintiff,          )
                                   ) STIPULATION AND ORDER FOR
13 |     vs.                       ) REMAND PURSUANT TO SENTENCE
                                   ) FOUR OF 42 U.S.C. § 405(g),
14 | MICHAEL J. ASTRUE,            ) and
Commissioner of Social Security,  )
15 |                              ) REQUEST FOR ENTRY OF JUDGMENT
           Defendant.             ) IN FAVOR OF PLAINTIFF AND
16 |                              ) AGAINST DEFENDANT
                                   )
17 |

18 |      The parties hereby stipulate by counsel, with the Court's

19 | approval as indicated by issuance of the attached Order, that the

20 | above-referenced case be remanded to the Commissioner of Social

21 | Security for further administrative proceedings, pursuant to

22 | sentence four of 42 U.S.C. section 405(g).

23 |      On remand, the Appeals Council will instruct the

24 | Administrative Law Judge to take the following action:

25 |      1)   Reconsider the opinion of Dr. Anderson, and if he

26 |           rejects it, provide specific and legitimate reasons for

27 |           doing so;

28 |

1      2) Consider the opinion of Dr. Morgan, and if he rejects it,

2   provide specific and legitimate reasons for doing so; and

3      3)   Otherwise develop the record as needed.

4

5                                    Respectfully submitted,

6   Dated: February 6, 2009         */s/ John A. Aberasturi*
                                     *(As authorized* via facsimile)
7                                    JOHN V. JOHNSON
                                     Attorney for Plaintiff
8

9
    Dated: February 20, 2009        LAWRENCE G. BROWN
10                                   Acting United States Attorney
                                     LUCILLE GONZALES MEIS
11                                   Regional Chief Counsel, Region IX

12                              By   */s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
13                                   Special United States Attorney
                                     Attorneys for Defendant
14

15

16
                                     ORDER
17

18      APPROVED AND SO ORDERED.

19   DATED: February 20, 2009.

20

21                                   _____
                                     DALE A. DROZD
22                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28