LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:   (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO  DIVISION

| | |
|---|---|
| FRANCES J. ROUDEBUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:08-CV-01653 DAD<br><br>AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of ONE THOUSAND dollars and ZERO cents ($1,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of ONE THOUSAND dollars and ZERO cents ($1,000.00) in EAJA attorney fees, shall constitute a complete release from and bar to

any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 5, 2009 | /s/ *John A. Aberasturi* <br> *(As authorized via e-mail)* <br> JOHN A. ABERASTURI <br> Attorney for Plaintiff |
|  | LAWRENCE G. BROWN <br> Acting United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel |
| Dated: June 5, 2009 | /s/ *Theophous H. Reagans* <br> THEOPHOUS H. REAGANS <br> Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**DATED: June 10, 2009.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/roudebush1653.stipord.attyfees

2